B & B Manhattan, LLC, Appellant, v Petezi Sack et al., Respondents.

Submitted January 16, 2007; decided March 22, 2007

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it (*see* NY Const, art VI, § 3 [b]; CPLR 5602 [a]).

Arturo P. Batac, Appellant, v Capital One Bank, Respondent. (And Five Other Actions.)

Submitted January 8, 2007; decided March 22, 2007

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the order of the Appellate Division entered in these actions commenced in the Civil Court of the City of New York (*see* NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]).

Beal Savings Bank, Appellant, v Viola Sommer et al., Respondents.

Submitted February 5, 2007; decided March 22, 2007

Motion to dismiss appeal as moot denied.

Judges Read and Jones taking no part.

In the Matter of the Claim of Kim M. Cagle, as Voluntary Administrator of the Estate of John R. Cagle, Deceased, Appellant, v Judge Motor Corporation et al., Respondents. Workers' Compensation Board, Respondent.

Submitted February 5, 2007; decided March 22, 2007

Motion for reargument of motion for leave to appeal denied [*see* 7 NY3d 922].